NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1469

STATE OF LOUISIANA

VERSUS

JAMES RUBEN BLAND, SR.

**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 56354
HONORABLE STEPHEN B. BEASLEY, DISTRICT JUDGE

**********

MARC T. AMY
JUDGE

**********

Court composed of Sylvia R. Cooks, Marc T. Amy, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Honorable Don M. Burkett
District Attorney
Ronald D. Brandon
Assistant District Attorney
Post Office Box 1557
Many, LA   71449
(318) 256-6246
COUNSEL FOR APPELLEE:
       State of Louisiana

Sherry Watters
Louisiana Appellate Project
Post Office Box 58769
New Orleans, LA 70518-8769
(504) 723-0284
COUNSEL FOR DEFENDANT/APPELLANT:
       James Ruben Bland, Sr.

James Ruben Bland, Sr.
Sabine Parish Prison
384 Detention Center Road
Many, LA   71449